UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 3:22-CV-30061-MGM

| | |
|---|---|
| MICHAEL LINDSAY, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES LINDSAY, Plaintiff | ) ) ) ) ) ) ) |
| v. | ) ) |
| BENNET WALSH, DAVID CLINTON, VANESSA LAUZIERE, CELESTE SURREIRA, FRANCISCO URENA, MARYLOU SUDDERS, Defendants | ) ) ) ) ) ) ) ) |

## STIPULATION FOR DISMISSAL

Now comes the Plaintiff in the above-entitled action, by his attorney, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs.

Dated this 10th day of August 2022.

Attorney for Plaintiff
JOHN D. ROSS, III, Esq.
BBO #546211
Ross & Ross, P.C.
121 State Street, Suite 201
Springfield, MA 01103
Tel: (413) 736-2725
Fax: (413) 736-1247
Jackross@rossrosspc.com